# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TARRA MOSCOWITZ,

    Plaintiff,

v.                                        Case No: 6:22-cv-2246-RBD-LHP

SEDGWICK CLAIMS
MANAGEMENT SERVICE, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 7), filed April 27, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 1, 2023.



ROY B. DALTON JR.
United States District Judge